**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JAMES ANTHONY WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:10-cv-0094-WTL-TAB |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### Entry Directing Further Proceedings

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's request to proceed *in forma pauperis* (dkt 2) is **granted.**

2. "District courts should not have to read and decipher tomes disguised as pleadings." *Lindell v. Houser* 442 F.3d 1033, 1035 n.1 (7th Cir. 2006). That is exactly the nature of the complaint.

3. The plaintiff shall have **through May 17, 2010,** in which to file an **amended complaint.**

4. The plaintiff is **notified** that *the amended complaint will completely replace and supersede the original complaint. Massey v. Helman,* 196 F.3d 727, 735 (7th Cir. 1999).

5. In submitting an amended complaint, the plaintiff shall conform to the following guidelines:

   a. The amended complaint shall comply with the requirement of Rule 8(a)(2) of the *Federal Rules of Civil Procedure* that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . .";

   b. The amended complaint shall comply with the requirement of Rule 10 that the allegations in a complaint be made in numbered paragraphs, each of which should recite, as far as practicable, only a single set of circumstances; and

  c. The amended complaint must identify what legal injury the plaintiff claims to have suffered and what persons are responsible for each such legal injury.

 6. Proceedings other than as specified above are **stayed** until the amended complaint is filed. If an amended complaint is not filed, the court will issue whatever further order is warranted.

 **IT IS SO ORDERED.**

Date: 04/14/2010

*William T. Lawrence* (signature)

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

JAMES ANTHONY WHITE
No. 08421-027
TERRE HAUTE - FCI
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808